UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Kathi Weiss Teitelbaum - #129895

Case No. 15-mc-80037-JD

**ORDER**

The Court has received and accepts Ms. Teitelbaum's response, which was submitted to the Court by e-mail, and the Court acknowledges that Ms. Teitelbaum voluntarily resigned from the State Bar of California. The Court consequently discharges its prior order to show cause (Dkt. No. 1) and lifts the prior order of interim suspension.

In light of Ms. Teitelbaum's voluntary resignation from the California State Bar, the Clerk of the Court is directed to note "resigned" on Ms. Teitelbaum's admission record with the bar of this Court pursuant to Civil Local Rule 11-1(g).

The Court wishes Ms. Teitelbaum well in her retirement.

**IT IS SO ORDERED**.

Dated: February 5, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Kathi Weiss Teitelbaum - #129895 | Case No.  15-mc-80037-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/5/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kathi Weiss Teitelbaum
8806 Transue Dr.
Bethesda, MD 20817

Dated: 2/5/2015

Richard W. Wieking
Clerk, United States District Court

<<s>>
By:_____
Lisa R. Clark, Deputy Clerk to the
Honorable James Donato